UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: __22-5028__

Case Title: *Jeffery Lichtenstein, et al. v. Trey Hargett, et al.*

List all clients you represent in this appeal:

**Public Interest Legal Foundation**

☐ Appellant   ☐ Petitioner   ☑ Amicus Curiae   ☐ Criminal Justice Act
☐ Appellee    ☐ Respondent   ☐ Intervenor                    (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Charlotte M. Davis**        Signature: s/ **Charlotte M. Davis**

Firm Name: **Public Interest Legal Foundation**

Business Address: **32 E. Washington Street, Suite 1675**

City/State/Zip: **Indianapolis, IN 46204**

Telephone Number (Area Code): **317-203-5599, ext 113**

Email Address: **cdavis@publicinterestlegal.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.